# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL
RIGHTS AS TO V.M.T. AND C.T.,
MINORS.

VICTOR TAGLE,

                 Appellant,

vs.

STATE OF NEVADA DEPARTMENT
OF FAMILY SERVICES,

                 Respondent.

No. 69309

**FILED**

FEB 2 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order extending a "no contact" order. Eighth Judicial District Court, Family Court Division, Clark County; Robert Teuton, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, an order extending a "no contact" order is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order extending a "no contact" order. Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

16-05990

cc: Hon. Robert Teuton, District Judge, Family Court Division
Victor Tagle
Clark County District Attorney/Juvenile Division
Eighth District Court Clerk